Judgment modified by computing the increased rate from February 28, 1922, the date of the notice, thus increasing the amount of the judgment to $1,981.04, and as so modified affirmed, with costs to the appellant. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Burr, J., dissents and votes to modify the judgment by computing the rate as increased from the date of the policy, as fixed by the Compensation Inspection Rating Board under the experience rating plan approved by the Superintendent of Insurance. Settle order on notice.

FANNIE MILLER, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,134.20; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HERX & EDDY, INC., Appellant, v. CHARLES A. CARLSON, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CONTINENTAL FOLDING PAPER BOX COMPANY, INC., Respondent, v. HAZADOR CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer with respect to said separate defense and counterclaim within ten days from service of order, upon payment of said costs and without prejudice to the position of the case upon the calendar. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CELIA SEIGEL and Another, as Administrators, etc., of MAX SEIGEL, Deceased, Appellants, v. SOLOMON TURETZKY and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOE JOSEPHSON, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

KENILWORTH ASSOCIATES, INC., Respondent, v. LESTER SINSHEIMER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of HIREN G. McDOWELL, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MICHAEL KOWALSKI v. AARON TANKLEFSKY and Others.— Motion to dismiss appeal denied on condition that appellants procure appeal to be noticed for argument and argued or submitted on February 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STREET & FINNEY, INC., v. DENMAN-MYERS CORD TIRE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appeal to be argued or submitted on February 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STREET & FINNEY, INC., v. DENMAN-MYERS CORD TIRE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appeal

to be argued or submitted on February 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STREET & FINNEY, INC., v. DENMAN-MYERS CORD TIRE COMPANY.— Motion granted upon condition that appeals be argued or submitted on February 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EUGENE N. LOWE, Individually and as Executor, etc., v. PLAINFIELD TRUST COMPANY OF PLAINFIELD, N. J., as Executor and Trustee, etc.— Preference granted for March 2, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLOTTE BUCH v. ADOLPH KLEIN, as Executor, etc.— Preference granted for February 16, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Proceedings for Voluntary Dissolution of A. W. FRIEND & Co., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NORMAN S. RIESENFELD v. JOSEPH F. A. O'DONNELL.— Motion granted on condition that appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABRAHAM H. BEHREN v. GEORGE A. CARDEN and Others, Impleaded with EDWARD W. CLUCAS and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSS HARDEN v. FREDERICK W. INGALLS.— Motion denied, with ten dollars costs, and stay modified as indicated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JENNIE A. HUTTON v. THE CITY OF NEW YORK.— Preference granted for February 16, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KINGDON GOULD and Others, as Executors, etc., v. KINGDON GOULD and Others, as Executors, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KINGDON GOULD and Others, as Executors, etc., v. KINGDON GOULD and Others, as Executors, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the BOARD OF TRANSPORTATION, in the Matter of Fifty-third Street and East River Route, Eighth Avenue to Center Line of East Channel.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DOROTHY AUERBACH, Appellant, v. "JANE" STEINHARDT and Others, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SYDNEY F. JONES and Others, Respondents, v. OBCANSKA ZALOZNA V KARLINE, Appellent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES H. McKINNEY, Appellant, v. HENRY A. HITNER'S SONS COMPANY, Respondent, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissents.

LEAVITT J. HUNT and Another, as Executors, etc., of JOSEPH HOWLAND HUNT,